

**NUMBER 13-08-102-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**INSURANCE COMPANY**
**OF THE STATE OF PENNSYLVANIA,**

Appellant,

v.

**RAY AHLERS,**
Appellee.

---

**On appeal from the 36th District Court**
**of San Patricio County, Texas.**

---

# MEMORANDUM OPINION

**Before Justices Yañez, Rodriguez, and Vela**
**Memorandum Opinion Per Curiam**

Appellant, Insurance Company of the State of Pennsylvania, and appellee, Ray Ahlers, have filed an agreed motion to reverse the trial court's judgment, remand the cause, and accelerate the mandate. The parties further ask that this Court tax the costs

of appeal against the party incurring same. According to the motion, the parties have now resolved the issues presented in this appeal.

The Court, having considered the documents on file and the agreed motion to reverse and remand and accelerate the mandate, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The agreed motion is GRANTED, and the trial court's judgment is REVERSED and the cause is REMANDED for further proceedings.

We direct the Clerk of this Court to issue the mandate contemporaneously with this opinion. *See id.* 18.1(c) (modifying the time for issuance of mandate "if the parties so agree, or for good cause on the motion of a party."). Pursuant to the agreement of the parties, costs will be taxed against the party incurring same. *See id.* 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").

PER CURIAM

Memorandum Opinion delivered and
filed this the 27th day of March, 2008.